UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

SOUTHEAST AIRLINES, INC.

       Debtor.

Case No. 8:06-bk-06729-CPM
Chapter 7

_____/

WORLD FUEL SERVICES, INC.

       Plaintiff,

vs.                                                      Adv. No. 8:07-ap-00178-CPM

ANGELA W. ESPOSITO, as Trustee for
the estate of SOUTHEAST AIRLINES, INC.;
ANGELA W. ESPOSITO, as Trustee for the
estate of PAUL THOMAS KOLFENBACH;
JET THRUST LLC; AVIATION LAW CENTER;
ACCU-PRINT PRINTING CO.; DIVERSIFIED
AERO SERVICES, INC.; JODA, LLC;
MD48079 LLC; PHOENIX FUEL CORPORATION;
ORLANDO SANFORD INTERNATIONAL, INC.;
COMMERCIAL JET, INC.; SANFORD AIRPORT
AUTHORITY; and AVIATION SERVICES
INTERNATIONAL, LLC

       Defendants.

_____/

**FINAL DEFAULT JUDGMENT AGAINST  DIVERSIFIED AERO
SERVICE, INC., ACCU-PRINT PRINTING CO., AVIATION LAW CENTER,
AVIATION SERVICES INTERNATIONAL, LLC, AND JET THRUST, LLC**

       The Matter under consideration is the entry of final default judgments in favor of

Plaintiff, World Fuel Services, Inc. ("WFS") and against Diversified Aero Service, Inc., Accu-

Print Printing Co., Aviation Law Center, Aviation Services International, LLC, and Jet Thrust,

LLC (the Defaulted Defendants").  On December 18, 2007, WFS filed its Motion for Default

Judgment against Diversified Aero Service, Inc., Accu-Print Printing Co., Aviation Law Center,

1

Aviation Services International, LLC, and Jet Thrust, LLC (the "Motion") (Dkt. No. 78).  The Court reviewed the Motion and the record and on ___January 23, 2008___ entered an Order Granting Motion for Entry of Final Default Judgments Against Diversified Aero Service, Inc., Accu-Print Printing Co., Aviation Law Center, Aviation Services International, LLC, and Jet Thrust, LLC (the "Order") (Dkt. No. 83)  Further, the Order expressly directed that a separate final judgment be entered against the Defaulted Defendants pursuant to Rule 7054(b) of the Rules of Bankruptcy Procedure.   Therefore, the Court finds that it is appropriate to enter a final default judgment in favor of the Plaintiff and against the Defaulted Defendants. Accordingly, it is

      ORDERED, ADJUDGED and DECREED that:

      1.    Final Default Judgment is hereby entered in favor of the Plaintiff, World Fuel Services, Inc. and against  Diversified Aero Service, Inc., Accu-Print Printing Co., Aviation Law Center, Aviation Services International, LLC, and Jet Thrust, LLC;

      2.    Any and all rights, title, interest, or liens, if any, of any of the Defaulted Defendants to the proceeds from the Chapter 7 Trustee's sale of the aircraft, engines, and records previously authorized by this Court ("Sale Proceeds") are subject to, inferior to, and subordinate to the liens asserted by World Fuel Services, Inc.;

      3.    It is hereby declared that the Defaulted Defendants do not have any claim, right, lien, or interest in or to the Sale Proceeds and the Sale Proceeds are hereby held by the Trustee free and clear of any claim, right, lien, or interest asserted by the Defaulted Defendants; and

      4.    Notwithstanding the foregoing, nothing contained herein shall operate or be construed or otherwise affect in any way any claim, right, lien, or interest, of any of the other defendants to this Adversary Proceeding or be construed as a determination that Plaintiff's lien is

superior to any claim, right, lien, or interest, asserted by any of the other defendants to this Adversary Proceeding. Furthermore, nothing contained herein may be utilized by the Plaintiff Proceeding in this proceeding or any other proceeding or action against any of the other defendants to this Adversary and this judgment shall not have any collateral estoppel or res judicata effect as to any of the other defendants to this Adversary Proceeding.

DONE and ORDERED this _____January 23, 2008_____.

_Catherine M<sup>c</sup>Ewen_ (signature)

Catherine Peek McEwen
United States Bankruptcy Judge

Copies to:

Robert J. Stovash, Esq.
Scott A. Livingston, Esq.
Stovash, Case & Tingley, P.A.
*Counsel for OSI and SAA*
Sun Trust Center
200 S. Orange Avenue, Suite 1220
Orlando, FL 32801

Michael A. Tessitore, Esq.
*Counsel for JODA, LLC*
215 East Livingston Street
Orlando, FL 32801

David R. McFarlin, Esq.
Wolff, Hill, McFarlin, & Herron, P.A.
*Counsel for OSI and SAA*
1851 W. Colonial Drive
Orlando, FL 32804

Robert Wahl, Esq.
*Counsel for Chapter 7 Trustee, Angela W. Esposito*
4301 Anchor Plaza Parkway, Suite 200
Tampa, FL 33634

3


Maurice J. Baumgarten, Esq.
Anaia Bandlayder Blackwater et al.
*Counsel for MD48079, LLC*
100 Southeast 2nd Street, Suite 4300
Miami, FL 33131

Terrence G. Haglund, Esq.
*Counsel for Aviation Law Center*
395 McLaws Circle, Suite 1
Williamsburg, VA 23185

Stephen Wagern, Esq.
*Counsel for Aviation Services Int'l, Inc.*
Cohen Tauber Spievack & Wagner LLP
120 Lexington Ave., Suite 2400
New York, NY 10170

Jill Marie Lee, Registered Agent
*Phoenix Fuel Corp.*
c/o Roberto A. Torricella, Jr.
100 Southeast Second Street, Suite 4300
Miami, FL 33131

Paul Thomas Kolfenbach
542 Califon Cokesbury Road
Califon, New Jersey 07830

Jet Thrust LLC
c/o Orion Engine Services, LLC
7323 NW 44th Street
Miami, FL 33166

Office of the United States Trustee
501 E. Polk Street, Suite 1200
Tampa, FL 33602

David M. McDonald, Esq.
*Counsel for Commercial Jet, Inc.*
1393 SW 1st Street, Suite 200
Miami, FL 33135

Air International Incorporated
*c/o Corporation Service Co., Reg. Agent*
201 Hayes Street
Tallahassee, FL 32301

Accu-Print Printing Co.
c/o Dolores E. Hamburg, Director
2860 21st Avenue North
St. Petersburg, FL 33713

Diversified Aero Services, Inc.
c/o John Dziuba
11920 S.W. 128th St.
Miami, FL 33186

Southeast Airlines, Inc.
12600 S. Belcher Road
Suite 104
Largo, FL 33773

Larry Gouldthorpe, Reg. Agent
c/o Scott Livingston, Esq.
Stovash Case & Tingley, P.A.
200 South Orange Avenue, Suite 1220
Orlando, FL 32801

TPADOCS 18260050 1

4